AO 245 S (Rev. 04/02)(W.D.TX.) - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Western District of Texas
### PECOS DIVISION

UNITED STATES OF AMERICA

v.

(1) Romeo Ramos-Perez

Defendant.

Case Number: PE:17-M -00589(1)
USM Number:

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant **(1) Romeo Ramos-Perez** was represented by his/her attorney K. Adam Rothey.

The defendant pled guilty to the Complaint on April 17, 2017. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count(s) |
|---|---|---|---|
| 8 USC 1325(a)(1) | Illegal Entry | 04/12/2017 | 1-Complaint |

As pronounced on April 17, 2017, the defendant is sentenced as provided in pages 1 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Pursuant to 18 U.S.C. § 3573, the Court imposes a special assessment of $10.00. In addition, any fine is waived.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Filed and signed on this the 17th day of April, 2017.

DAVID FANNIN
U.S. MAGISTRATE JUDGE

AO 245 S (Rev. 04/02)(W.D.TX.) - Probation

Judgment--Page 2

Defendant: (1) Romeo Ramos-Perez
Case Number: PE:17-M -00589(1)

## PROBATION

The defendant is hereby sentenced to **ONE (01) Year** Probation, Unsupervised.

### STANDARD CONDITION

**1. The defendant is not permitted to enter the United States illegally.**
**2. The defendant is not permitted to commit another federal, state or local crime.**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

| | |
|---|---|
| USA § | |
| § | |
| vs. § | Case Number: PE:17-M -00589(1) |
| (1) Romeo Ramos-Perez § | |
| *Defendant* § | |

## INITIAL APPEARANCE/ ARRAIGNMENT/ PLEA AND SENTENCE

On April 17, 2017, the defendant appeared in Open Court before U.S. Magistrate Judge DAVID FANNIN. He/She affirmed that he/she is the person named in the complaint/indictment and a copy was given to him/her.

**The defendant was advised as follows:**

1) The nature of the charge against him/her.

2) The right to retain counsel or to request the assignment of counsel if he/she was unable to obtain counsel.

3) That he/she is not required to make any statement and that any statement he/she makes may be used against him/her.

4) The right to a preliminary examination if not indicted; and,

5) The right to consideration of bail.

**Attorney**
( X )   Rothey, K. Adam   FPD

**Next Hearing Date/Time**
(   )

**Bond**
( X )   No Bond Set.

**OTHER**

(   ) WAIVED Initial Appearance-PROCEEDED directly to Arraignment/ Plea and Sentence.
   **SENTENCE:** **TIME SERVED**   **FINE: NO**   **S/A: REMITTED**

(X) WAIVED Initial appearance- PROCEEDED directly to Arraignment/Plea and Sentence.
   **SENTENCED to:** **ONE (1) YEAR PROBATION**, **FINE: NO**   **S/A: REMITTED**

(   ) WAIVED Initial appearance- PROCEEDED directly to Arraignment/Plea and Sentence
   **SENTENCED to:** _____ DAYS, **FINE: NO**   **S/A $ 10**   or S/A Remitted____

(   ) Waived Initial Appearance- Govt moves to DISMISS case, Court Accepts: **CASE DISMISSED.**

**Interpreter Needed:**   Interpreter:Spanish         Record FTR Gold -

Time:   10:33 a.m.- 10:56 a.m.   00 minutes   Arrested:   04/12/2017 in Presidio County

AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
04/17/2017
Clerk, U.S. District Court
Western District of Texas

by: Y.Lujan
Deputy

USA

vs.

(1) Romeo Ramos-Perez

§
§ CRIMINAL COMPLAINT
§ CASE NUMBER: PE:17-M -00589(1) - DF
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 12, 2017** in **Presidio** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a **BORDER PATROL AGENT** and that this complaint is based on the following facts: *"The Defendant was arrested on April 12, 2017, in the Western District of Texas by Marfa Border Patrol Agents. The Defendant is a citizen and national of Guatemala, who is present in the United States without having been admitted or paroled by an Immigration Officer. The Defendant last entered the United States on or about April 9, 2017, in Presidio County, Texas, in the Western District of Texas at a time and place not designated as a port of entry by the Secretary*

Continued on the attached sheet and made a part of hereof.

Sworn to before me and subscribed in my presence,

Signature of Complainant
Mclain, Barry
BORDER PATRON AGENT

April 17, 2017
Date

at   ALPINE, Texas
City and State

DAVID FANNIN
U.S. MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:17-M -00589(1)

WESTERN DISTRICT OF TEXAS

(1) Romeo Ramos-Perez

FACTS   (CONTINUED)

of Homeland Security. The Defendant was not in possession of Immigration documents allowing him to be in, or remain in, the United States legally. Defendant is a national and citizen of Guatemala.


IMMIGRATION HISTORY:
Deported- 1X, 07/13/2012, PHOENIX, AZ. VR- 3X, 04/19/2002, CALEXICO, CA .

CRIMINAL HISTORY:
NONE